75 S.Ct. 521

The TEE–HIT–TON INDIANS, an Identifiable Group of Alaska Indians, petitioner, v. UNITED STATES.
No. 43.

Supreme Court of the United States.
March 14, 1955.

Facts and opinion, 120 F.Supp. 202, 15 Alaska 1, 128 Ct.Cl. 82.

Petition for rehearing denied.